

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CHAMBERS OF
### JEFFREY S. SUTTON
CIRCUIT JUDGE

TELEPHONE
(614) 849-0134
FACSIMILE
(614) 849-0124

August 9, 2004

Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:     Calendar Year 2003 Filing

Dear Ms. Lisi:

I am writing in response to your letter of July 19th. Please note that in Part VII, lines 20 and 21 should read as follows:

| 20. Vanguard Ohio Tax-Exempt Money Market Fund | D | Interest | N | T | Buy | 6/4/03 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21. Vanguard S&P 500 Index Fund (IRA) | C | Dividend | N | T | Buy | 7/24/03 8/18/03 | | | |

Please do not hesitate to contact me if you require any additional information. Thank you for your assistance with this matter.

Sincerely,



Sutton

JSS:jmf

85 MARCONI BOULEVARD, COLUMBUS, OHIO 43215

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Sutton, Jeffrey S | 2. Court or Organization<br><br>Sixth Circuit Court of Appeals | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination, ▋Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>85 Marconi Boulevard<br><br>Columbus, OH 43215 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Jones Day |
| 2. | Director | The Jeffrey Company |
| 3. | Director | The Equal Justice Foundation |
| 4. | Adjunct Faculty | The Ohio State University College of Law |
| 5. | Visiting Faculty | Vanderbilt University Law School |
| 6. | Visiting Faculty | University of Kansas Law School |
| 7. | President | Williams College - Central Ohio Alumni Organization |
| 8. | Board Member | Williams College - Executive Committee of the Alumni Society |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Ohio Public Employee's Retirement System; vested retirement account. |
| 2. | 1997 | Ohio State Teacher's Retirement System; vested retirement account. |
| 3. | 1992 | Jones Day - Keogh and 401 accounts; liquidated in 7/03. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Jones Day (capital account, undistributed 2002 income and 2003 income) | 909,000 |
| 2. | 2003 | The Jeffrey Company | 22,300 |
| 3. | 2003 | The Ohio State University College of Law | 8,890 |
| 4. | 2003 | The Vanderbilt University Law School | 2,100 |
| 5. | 2003 | The University of Kansas Law School | 2,500 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | The Columbus Academy - substitute teacher |
| 2. | 2003 | The Columbus School for Girls - substitute teacher |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The University of Kansas Law School | Oct. 26-28 - Lawrence, KS - Visiting Faculty (Transportation and Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wendy's common stock | A | Dividend | | | Sold | 10/30 | J | | |
| 2. AT&T | A | Dividend | | | Sold* | 12/31 | J | | |
| 3. Bank One checking account | A | Interest | J | T | | | | | |
| 4. Fidelity cash reserves account | A | Interest | J | T | | | | | |
| 5. Ohio deferred comp plan/S&P 500 Index | A | Dividend | K | T | | | | | |
| 6. Ohio deferred comp plan - Bond Fund | A | Interest | J | T | | | | | |
| 7. Jones Day - Balanced Mutual Fund | B | Dividend | | | Sold | 07** | M | | |
| 8. Jones Day - Kaplan Small Cap Mutual Fund | A | Dividend | | | Sold | 07** | K | | |
| 9. Bank One common stock (IRA) | A | Dividend | | | Sold | 06/20 | J | | |
| 10. Fidelity Investment Grade Bond Fund (IRA) | A | Interest | J | T | | | | | |
| 11. Fidelity Cash Reserves Mutual Fund (IRA) | A | Interest | J | T | | | | | |
| 12. Fidelity Select Health Care Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 13. Fidelity Spartan 500 Index Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 14. Fidelity Int'l Bond Fund (Strategic Bond Fund) (IRA) | A | Interest | J | T | | | | | |
| 15. Fidelity Cash Reserves Mutual Fund (IRA) | A | Interest | J | T | | | | | |
| 16. Fidelity Magellan Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 17. Fidelity Overseas Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 18. Fidelity Blue Chip Mutual Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Fidelity Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Ohio Tax-Exempt Money Market Fund | D | Interest | N | T | | | | | |
| 21. Vanguard S&P 500 Index Fund (IRA) | C | Dividend | N | T | | | | | |
| 22. Trust | | | | | | | | | |
| 23. AOL common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 24. Abbot common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 25. AIG common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 26. Amgen common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 27. Bristol Myers common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 28. Cisco common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 29. Citigroup common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 30. Comcast common stock | A | Dividend | | | Sold | 07/07 | J | | |
| 31. Dell common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 32. DuPont common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 33. Exxon Mobil common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 34. GE common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 35. Harley Davidson common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 36. Home Depot common stock | A | Dividend | | | Sold | 06/19 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sutton, Jeffrey S | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Intel common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 38. IBM common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 39. JP Morgan Chase common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 40. Merck common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 41. Microsoft common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 42. Schlumberger Ltd common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 43. Solectron common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 44. Sprint common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 45. Tyco common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 46. Wells Fargo common stock | A | Dividend | | | Sold | 06/19 | J | | |
| 47. Worldcom common stock | A | Dividend | | | Sold | 08/05 | J | | |
| 48. AT&T bonds | A | Interest | J | T | | | | | |
| 49. Household Finance Corporation bonds | A | Interest | J | T | | | | | |
| 50. US Treasury bills | B | Interest | K | T | | | | | |
| 51. Vanguard S&P 500 Index Fund | B | Dividend | M | T | | | | | |
| 52. Vanguard Bond Holdings*** | | | | | | | | | |
| 53. Admiral Treasury Money Market | B | Interest | L | T | | | | | |
| 54. Travelers | A | Dividend | | | Sold | 06/19 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 4

Name of Person Reporting
Sutton, Jeffrey S

Date of Report
5/12/2004

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Zimmer Holdings | A | Dividend | | | Sold | 06/19 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. Investments and Trusts

*Item 2:  This stock was mistakenly escheated to the State of Ohio; we received the value of the stock from the State in the Fall of 2003.

**Items 7 and 8:  These mutual funds were sold at some time during the month of July, 2003; I do not have the exact date.

***Item 52:  "Vanguard Bond Holdings" was inadvertently included in last year's report.  This entry was actually a summary of the AT&T bonds, Household Finance Corporation bonds and US Treasury bills.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __5/12/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544